UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                    CASE NO: 2:02-cr-72-FtM-29SPC

DOYLE GRIMES, JR.

_____

### OPINION AND ORDER

This matter comes before the Court on defendant's Unopposed Motion for Sentence Reduction Under Amendment 750 (Doc. #370) filed on December 1, 2014. Defendant, by and through counsel, seeks a reduction in sentence pursuant to Amendment 750 of the U.S. Sentencing Guidelines.

On October 13, 2011, the Court appointed the Federal Public Defender to represent defendant in connection with the determination of whether a motion for reduction should be filed. (Doc. #347.) The United States Probation Office issued a Memorandum (Doc. #347-1) providing that defendant was eligible for a reduction under Amendment 750 and recommended an amended guideline calculation of 240 months imprisonment. Defendant seeks a reduction of the previously imposed term of imprisonment to the amended term of 240 months, and indicates that the government does not oppose the motion. The Court will grant the motion pursuant to 18 U.S.C. § 3582(c).

Accordingly, it is hereby

**ORDERED:**

1. Defendant's Unopposed Motion for Sentence Reduction Under Amendment 750 (Doc. #370) is **GRANTED** as set forth below.

2. The Clerk of the Court shall enter an Amended Judgment reducing the sentence imposed to two hundred and forty months (240) months imprisonment, and otherwise leaving all other components of the sentence as originally imposed. This Opinion and Order and the Amended Judgment is subject to the prohibition contained within U.S.S.G. § 1B1.10(b)(2)(c) which provides that "[i]n no event may the reduced term of imprisonment be less than the term of imprisonment the defendant has already served."

3. If defendant is eligible for immediate release, this Order is stayed for **ten (10) calendar days,** or until such time as the Bureau of Prisons has completed release preparations, whichever is sooner.

**DONE and ORDERED** at Fort Myers, Florida, this __5th__ day of December, 2014.

_____
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record
U.S. Probation
U.S. Marshal
DCCD

- 2 -